UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY ONCOLOGY ALLIANCE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services,<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>CHIQUITA BROOKS-LASURE, Administrator of the Centers for Medicare and Medicaid Services,<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendants*. | Civil Action No. 23-cv-2168 (CJN) |

### ORDER

This matter is before the Court on Defendants' Motion to Dismiss, ECF No. 21, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 29. For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' Motion, ECF No. 21, is **GRANTED**; it is

**FURTHER ORDERED** that Plaintiff's Motion, ECF No. 29, is **DENIED**.

This is a final appealable order.

The clerk is directed to terminate this case.

DATE:  August 30, 2024

_____
CARL J. NICHOLS
United States District Judge

1